Núm. 1323.—PORTELA, peticionario, *v.* TRIBUNAL DE APELACIÓN DE CONTRIBUCIONES, ETC., dmdo.; BUSCAGLIA, TES., interventor. Original. *Certiorari.* Agosto 1, 1942.

Núm. 1353.—ORTIZ, peticionario, *v.* TRIBUNAL DE APELACIÓN DE CONTRIBUCIONES, ETC., dmdo.; BUSCAGLIA, TES., interventor. Orinal. ▮▮▮▮▮▮ Agosto 1, 1942.

(Por la Corte, a propuesta del Juez Presidente Sr. Del Toro.)

POR CUANTO, ni con la petición de certiorari ni después se ha presentado el recibo del pago de la contribución bajo protesta en tiempo;

POR TANTO, visto lo decidido por este Tribunal en el día de ayer en los casos números 1296, 1297 y 1298, *González* v. *Soltero, Matos y Colom, Jueces del Tribunal de Apelación de Contribuciones,* 60 D.P.R. 901, se anula el auto expedido y se desestima el recurso.